PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 4 2006

at /0 o'clock and 05 min A
SUE BEITIA, CLERK

# United States District Court

## for the

### DISTRICT OF HAWAII

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: RODNEY JIMENEZ          Case Number: CR 01-00424SOM-01

Name of Sentencing Judicial Officer:   The Honorable Susan Oki Mollway
U.S. District Judge

Date of Original Sentence: 5/20/2002

Original Offense:   Count 1:  Felon in Possession of Firearm, in violation of 18 U.S.C. § 922(g), a Class C felony

Original Sentence:   Thirty-seven (37) months imprisonment and three (3) years of supervised release, with the following special conditions:  1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant is prohibited from possessing any illegal or dangerous weapons; 3) That the defendant provide the Probation Office access to any requested financial information; and 4) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.  The Court also ordered that a fine of $1,000.00 is due immediately and any remaining balance be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.

Type of Supervision:  Supervised Release     Date Supervision Commenced: 1/20/2005

Prob 12B
(7/93)

2

## PETITIONING THE COURT

[X]     To modify the conditions of supervision as follows:

*General Condition:*     *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision unless there is a positive drug test, in which event, the maximum shall increase to up to one valid drug test per day (mandatory condition).*

## CAUSE

Since the commencement of supervised release on 1/20/2005, the subject has been compliant and posed no management problems. He has maintained stable housing and employment, and satisfied his $1,000 fine. Furthermore, the subject successfully completed outpatient substance abuse counseling and appears to be drug-free at this time.

The subject has agreed to modify his conditions of supervised release to allow drug testing consistent with the mandates of *United States v. Stephens*. This modification is warranted when considering the subject's substance abuse history. The revised condition will assist our office in monitoring the subject's future compliance for the duration of supervised release.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections.

Respectfully submitted by,

JONATHAN K. SKEDELESKI
U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date:  8/8/2006

Prob 12B
(7/93)

3

THE COURT ORDERS:

[X]    The Modification of Conditions as Noted Above
[ ]    Other

/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
U.S. District Judge

8-9-06
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

*General Condition*   That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision unless there is a positive drug test, in which event, the maximum shall increase to up to one valid drug test per day (mandatory condition).

Witness: _____  Signed: _____
         JONATHAN K. SKEDELESKI                  RODNEY JIMENEZ
         U.S. Probation Officer                   Supervised Releasee

         7-24-06
         Date